Jeffrey T. Bell (SBN 184876)
Rick Ma (SBN 306994)
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
Telephone: (626) 280-8787 | Fax: (626) 226-5699
Service@jtblawyer.com

Attorney for Plaintiff
Aliquantum International, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIQUANTUM INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> vs. <br><br> VIVID ORANGE CORPORATION; DOES 1 – 100, INCLUSIVE; <br><br> Defendants. | Civil Action No.: 5:18-cv-02578-GW (GJSx) <br><br> **DECLARATION OF RICK MA** <br><br> [Notice and Motion for Entry of Default Judgment; Declaration of Julie Huang; Declaration of Wayne Lin; and [Proposed] Default Judgment filed concurrently herewith] <br><br> The Honorable George H. Wu <br> Courtroom 9D <br><br> Complaint Filed: December 12, 2018 <br> Trial Date: |

I, Rick Ma, hereby declare under penalty of perjury that the following facts are true to the best of my knowledge:

1. I am an attorney admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California.

2. I am an attorney for Plaintiff Aliquantum International Inc. ("Aliquantum") in the matter of *Aliquantum International Inc. v. Vivid Orange Corp.* and if called as a witness, I could competently testify to the facts stated herein unless otherwise expressly stated to the contrary. I make this declaration in support of Plaintiffs' Motion for Default Judgment Against Defendant Vivid Orange Corp. (the "Motion").

3. I am informed and believe that on or about January 2, 2019, our offices served the Summons and

-- 1 --
**DECLARATION OF RICK MA**

Complaint on Defendant Vivid Orange Corp. ("Defendant").

4. On January 16, 2019, our offices received a letter allegedly from James C. Shen, the owner of Vivid Orange stating that he had received the complaint. A true and correct copy of the letter is attached Exhibit A.

5. I am informed and believe that on January 18, 2019, our offices filed the proof of service for the Defendant.

6. To my knowledge, Defendant has not filed a responsive pleading or otherwise properly appear in this action.

7. I am informed and believe that on January 29, 2019, our offices filed a request for the Clerk to enter Defendant's default. On or about January 30, 2019, the Clerk entered Defendant's default.

8. On February 4, 2019, I e-mailed Mr. Shen notifying him that we have received his letter and to contact our offices in order to discuss the lawsuit. That same day, Mr. Shen replied to my e-mail stating that he does not want to talk over the phone and to tell him what he can or cannot sell in his shop. I replied on February 6, 2019, asking him for available dates for a phone call. Mr. Shen never replied to this e-mail. A true and correct copy of the e-mail chain is attached as Exhibit B.

9. On February 26, 2019, I e-mailed James C. Shen notifying him that Vivid Orange is in default and proposing an alternative solution instead of proceeding with the default judgment. To this day, I have yet to receive a response from Mr. Shen. A true and correct copy of the e-mail I sent to James C. Shen is attached as Exhibit C.

10. I am informed and believe that Defendant is not an infant or incompetent person.

11. I am informed and believe Defendant is not currently serving in the military as Defendant is a corporation.

12. I request, pursuant to Federal Rules of Evidence, Rule 201(b) that the Court take judicial notice of copies of the San-X trademark registrations mentioned in the Declaration of Wayne Lin, Exhibit C.

13. I am informed and believe that the Notice of Motion and supporting papers were served on the Defendant on Thursday, March 28, 2019.

I declare under penalty of perjury under the laws of the United State of America that to the best of my knowledge, the foregoing is true and correct.

1  Executed on March 28, 2019 at El Monte, California.

By: _____
      Rick Ma

-- 3 --
**DECLARATION OF RICK MA**

# EXHIBIT A

To Whom it may concern:

How are you ?

I have received the documents delivered to vivid orange and noticed.

I don't have budget to hire a lawyer for this case, so I kindly read over the documents regarding the lawsuit by myself.

Vivid Orange is only a retail store target to Rowland Heights residents, not even own any online business.

Vivid Orange doesn't manufacture any products and selling in the store or !

Below list is what we resell in the store:

| | |
|---|---|
| KPOP Music CD | Socks |
| KPOP Celebrity Posters | Brush Holders |
| KPOP Celebrity Accessories | Nail Clippers |
| Asian Drama DVD | Mouth Masks |
| Women Earrings | Sleeping Masks |
| Women Hair bands | Indoor Slippers |
| Women Hair Brush | Backpacks |
| Car Rear view mirrors | Ceramic Mugs |
| Car Air Fresheners | Ceramic Bowls |
| Car Head Cushions | Chopsticks |
| Phone mounts for Car | Shopping Hand Bags |
| Decorative Trash Bin | Coin Purse |
| Keychains | Porker Cards |
| Notebooks | Mahjong Sets |
| Lead Pencils | Pencil Cases |
| Color Pens | Plush Toys |
| Erasers | Lanyards |
| Lucky Charm Statue | Stamps |

As you can see from the above list, the shop has many items in the store but with low quantity due to the budget concern and slow business.

I can see the plush toy items from attached pictures that point out is fake, thanks to let me know.

But most of plus toys in the shop are from distributors where locate in Downtown distribution area and city of commerce.

Those Korean distributors are already in the business for years, I wouldn't question them every item is fake or not when I pick up merchandises in their warehouse.

This is first time I hear the company name " Aliquantum International Inc " .

I have no intention to impact their business, and how does that possible with a little store like vivid orange?

They never came to my shop or sent me any notice about their trademark.

If they did, I wouldn't question their authority and work with them like other

Regarding the 3 items from attached pictures were no long available in the shop before I received the documents.

All other competing plush toys may uncomfortable Aliquantum international Inc will not sell in the vivid orange in the future.


Due to I am not in the shop most of time, and my shop's business hours is kind of floating.

Please kindly email me to hello2orange@gmail.com for further discussion and I shall response faster.


Sorry for the lousy English of this reply email .



Best Regards and Happy New Year !




James C. Shen

Vivid Orange

18186 Colima Road Rowland Heights CA 91748

626-986-3018

EXHIBIT B

**Subject:** Re: Aliquantum International v. Vivid Orange
**Date:** Wednesday, February 6, 2019 at 8:12:02 AM Pacific Standard Time
**From:** Rick Ma <rick@jtblawyer.com>
**To:** Jamese Smith <hello2orange@gmail.com>

No. I do not want to discuss this over e-mail. Give me times that you are available and I will give you a call.

Best regards,


Rick Ma

--
**Rick Ma** | Attorney
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
T: 626.280.8787   | F: 626.226.5699

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

Any advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**From:** Jamese Smith <hello2orange@gmail.com>
**Date:** Monday, February 4, 2019 at 10:50 PM
**To:** Rick Ma <rick@jtblawyer.com>
**Subject:** Re: Aliquantum International v. Vivid Orange

Hi Rick,

Thanks for contacting me and I finally have chance to talk with you over email.

My shop doesn't open daily due to slow business, and usually open very late afternoon, most of time I am not even in the shop.

Can we discuss over email and it will be better for me to understand, I afraid the I will be misunderstand the meaning over the phone.

I am simply ask the solution from the company against my shop? Regarding the products from pictures are no longer available from my shop before I received your documents, and they are very low quality when I pick from my venders in downtown LA.

However, it's very confuse to me what can't be sell in the future or anything they don't want me to carry in the shop . Please kindly provide the list to me and I will be follow the what they request !

Regards and Happy Chinese New Year!

James C.Shen

On Mon, Feb 4, 2019 at 10:46 AM Rick Ma <rick@jtblawyer.com> wrote:

> Good morning James,
>
> I have received your letter and I have tried calling you over the phone. Please give our offices a call, we need to discuss the contents of your letter. Either you can call our offices at (626)280-8787 or give me a time that you will be available to talk.
>
> Best regards,
>
> Rick Ma
>
> --
> **Rick Ma** I Attorney
> Law Offices of Jeffrey T. Bell
> 11001 Valley Mall, Suite 300
> El Monte, California 91731
> T: 626.280.8787   I F: 626.226.5699
>
> This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.
>
> Any advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.
>
> Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

EXHIBIT C

# EXHIBIT C

| | |
|---|---|
| **Subject:** | AQI v. Vivid Orange |
| **Date:** | Tuesday, February 26, 2019 at 11:14:15 AM Pacific Standard Time |
| **From:** | Rick Ma <rick@jtblawyer.com> |
| **To:** | hello2orange@gmail.com <hello2orange@gmail.com> |
| **Category:** | ATTORNEY |

Hi James:

As you may be aware, you are currently in default. This means we are entitled to proceed with a default judgment for the full value of lost profits that my client has lost. However, since you allegedly purchased most of the plush toys through Korean distributors, I would like to speak to you over the phone regarding an alternative solution for more information and documents on these Korean distributors. Otherwise, we will continue our legal action against you. Please give us a call back before Thursday, February 28th.

We have staff available that speak Chinese so there should be no problems communicating. The office number is (626) 442-8847.

Best regards,


Rick Ma

--
**Rick Ma** | Attorney
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
T: 626.280.8787   | F: 626.226.5699

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

Any advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.