Jeffrey T. Bell (SBN 184876)
Rick Ma (SBN 306994)
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
Telephone: (626) 280-8787 | Fax: (626) 226-5699
Service@jtblawyer.com

Attorney for Plaintiff
Aliquantum International, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIQUANTUM INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> vs. <br><br> VIVID ORANGE CORPORATION; DOES 1 – 100, INCLUSIVE; <br><br> Defendants. | Civil Action No.: 5:18-cv-02578-GW (GJSx) <br><br> **DECLARATION OF JULIE HUANG** <br><br> [Notice and Motion for Entry of Default Judgment; Declaration of Rick Ma; Declaration of Wayne Lin; and [Proposed] Default Judgment filed concurrently herewith] <br><br> The Honorable George H. Wu <br> Courtroom 9D <br><br> Complaint Filed: December 12, 2018 <br> Trial Date: |

I, Julie Huang, hereby declare under penalty of perjury that the following facts are true to the best of my knowledge:

1. I have personal knowledge of the facts related to this action, as well as the statements made herein, and, if called upon to testify, I could and would testify competently thereto. I make this declaration in support of Plaintiffs' Motion for Default Judgment Against Defendant Vivid Orange Corp. (the "Motion").

2. I was asked by the Law Offices of Jeffrey T. Bell to visit the Vivid Orange Corp. ("Defendant") retail store to determine whether or not the Defendant was still selling counterfeit San-X products and to determine whether Defendant was still selling the counterfeit items depicted in Aliquantum's complaint filed on December 11, 2018 (the "Complaint").

-- 1 --
**DECLARATION OF JULIE HUANG**

3. On or about December 19, 2018, I went on the Yelp website and located Defendant's retail store. On the website, I had found reviews left by previous customers dating as far back as 2011 that mention the counterfeit Rilakkuma products sold by the Defendant. A true and correct copy of Defendant's Yelp web page is attached as Exhibit A.

4. On or about December 19, 2018, I visited Defendant's retail store located at 18186 Colima Rd, Rowland Heights, CA 91748 and took photographs of all counterfeit San-X products. Not only was I able to locate the counterfeit items in the Complaint, but numerous other counterfeit items as well. True and correct photographs of the counterfeit San-X products are attached as Exhibit B.

5. I declare under penalty of perjury under the laws of the United State of America that to the best of my knowledge, the foregoing is true and correct.

Executed on March 8, 2019 at El Monte, California.

By: _____
Julie Huang

EXHIBIT A



# Vivid Orange ✓ Claimed

★★★★☆ 50 reviews | Details

$$ · Books, Mags, Music & Video, Personal Shopping, Accessories  [Edit]

 

18186 Colima Rd
Rowland Heights, CA 91748   [Edit]

Get Directions
(626) 986-3018
Send to your Phone

See all 26 photos

"No Trash Talking" - hilarious! :D
by Jess C.

 "I love going here theres a lot of cute stuff and its a great place for **kpop albums** or kdramas^^" in 4 reviews

 "@Denysia Y: $25 for a **Jay Chou poster**?" in 2 reviews

 "The cheapest authentic K-**drama** set I've found was around $65 and that was years after it was released." in 11 reviews

## You Might Also Consider

## Ask the Community

**Does the store no longer carry Japanese movie and drama DVDs?**

 They had the DVD area set up, but blocked off. You could only actually get to a small shelf of DVD's. I asked about the DVD section that was blocked but I couldn't get an answer from the gentleman working.

1 year ago · 1 person found this helpful

View question details

Don't see your question? Ask away!

## Recommended Reviews for Vivid Orange

 Your trust is our top concern, so businesses can't pay to alter or remove their reviews. Learn more.

**3 reviews mentioning "RILAKKUMA"**   [Clear results ✕]   RILAKKUMA

| | **Today** | **1:00 pm - 10:00 pm** Closed now |
|---|---|---|

$$$$  Price range **Moderate**

### Hours
| Mon | 1:00 pm - 10:00 pm | |
|---|---|---|
| Tue | 1:00 pm - 10:00 pm | |
| Wed | 1:00 pm - 10:00 pm | Closed now |
| Thu | 1:00 pm - 10:00 pm | |
| Fri | 1:00 pm - 10:00 pm | |
| Sat | 1:00 pm - 10:00 pm | |
| Sun | 1:00 pm - 10:00 pm | |

✎ Edit business info

### More business info
Accepts Credit Cards **Yes**
Accepts Apple Pay **No**
Parking **Private Lot**
Bike Parking **Yes**
Dogs Allowed **No**
By Appointment Only **No**

 Jennifer C.
First to review

### From the business
Music,Movie,TV Series,Posters and Trend Gifts from Korean,Taiwan and Japan !

Learn more about Vivid Orange

### You might also consider

### People also viewed

Case 5:18-cv-02578-GW-GJS Document 16-2 Filed 03/28/19 Page 5 of 13 Page ID #:206

Start your review of **Vivid Orange**.

 **Krista S.**
Santa Ana, CA
188 friends
199 reviews
Elite '18

9/14/2014
1 check-in

If you love Kpop and Kdramas this is definitely the place for you.

Granted their stuff is way pricey and you can probably buy them cheaper on eBay or something. But if you don't want to wait a month to get it shipped from Korea and are willing to pay an extra $5-10 for a CD or video then I'd go here. They have most of the latest CD's from kpop groups as well as random cute **Rilakkuma** and Monokoro Boo toys and hats and car stuff.

Afterwards you can top off your Asianess with some boba!

 **Sandy T.**
Irvine, CA
103 friends
107 reviews

11/8/2011
1 check-in

Asian pop CDs, DVDs, posters, cell phone charms, and key chains GALORE! The store didn't allow photography, but I snuck a few photos of some hilarious merchandise, like the boobie shower gel dispenser and character socks.

I'm pretty sure the character key chains and phone charms are knock offs because they're all in Chinese and features scare slightly off, like the barely recognizable One Piece anime charms or roughly-sewn **Rilakkuma** key chains. Thus I feel the goods here are ridiculously overpriced and thoroughly fake.

But if you don't mind the price tags and want cute novelty stuff, go here!!

 **Vivian C.**
Azusa, CA
587 friends
857 reviews
Elite '18

 **Shibuya Wonderland**
16 reviews
$$$ • Women's Clothing, Lingerie, Accessories

 **Beauty Couture**
3 reviews
$$ • Cosmetics & Beauty Supply, Accessories, Women's…

 **Basically Books**
35 reviews
$ • Bookstores

 **KPOP Republic**
15 reviews
$$ • Music & DVDs

 **Miniso**
4 reviews
Accessories, Department Stores, Discount Store

 **That Spiderman Booth**
1 review
$$ • Comic Books

 **Twisted Comics & Collectibles**
3 reviews
$$ • Toy Stores, Comic Books

 **The Poki Mart**
2 reviews
Tabletop Games, Video Game Stores

 **Hot Topic**
20 reviews
$$ • Women's Clothing, Accessories, Men's Clothing

 **MPAB Fashion**
8 reviews
$$ • Shoe Stores, Women's Clothing, Accessories

**Collections including Vivid Orange**

 **2018 Yelp 100 Challenge**
By Tea C.
106 Places

 **Colima and Fullerton Road**
By Aerial A.
23 Places

 **Caliiii**
By Angelina N.
141 Places

More Collections

**Other places nearby**

Find more Accessories near Vivid Orange

Find more Books, Mags, Music & Video near Vivid Orange

Find more Personal Shopping near Vivid Orange

**Browse nearby**

Case 5:18-cv-02578-CW-GJS Document 16-2 Filed 03/28/19 Page 6 of 13 Page ID #:207

 1/7/2014

✓ 1 check-in

I love browsing this store whenever my friends and I are stranded in this plaza. You can spend hours here marveling at all the Asian goodies they have.

You are not supposed to take photos or videos in the store so be careful if you're trying to snap a pic. Although I love the merchandise here it upsets me that all the stuff is so expensive especially since almost all their merchandise is unofficial/fake. Even the CDs that are real are sometimes repackaged or have their prices jacked up from the online price. And dont even get me started on the other merchandise. I dont mind unofficial kpop merchandise and as far as they go these ones are actually half decent quality in comparison to others I've seen. But the price is also much higher and no where near official quality yet somehow priced in the same range. Also many of the plushie here (like the **rilakkuma** ones) are also fake. They are adorable though :)

 

🍴 Restaurants
🍸 Nightlife
🛍 Shopping
••• Show all

### People found Vivid Orange by searching for…

Anime Store Rowland Heights

Mahjong Set Rowland Heights

Stationary Stores Rowland Heights

### Near Me

Personal Image Consultant Near Me

PlayStation Controller Repair Near Me

---

Page 1 of 1

2 other reviews that are not currently recommended ▾

**Best of Yelp** Rowland Heights – Books, Mags, Music & Video


577 reviews


51 reviews


110 reviews

See More **Books, Mags, Music & Video in Rowland Heights**

### You Might Also Consider

---

| About | Discover | Yelp for Business Owners | Languages |
|---|---|---|---|
| About Yelp | Costs | Claim your Business Page | English ▾ |
| Careers | Collections | Advertise on Yelp | |
| Press | Talk | Yelp Reservations | **Countries** |
| Investor Relations | Events | Yelp WiFi | United States ▾ |
| Content Guidelines | The Local Yelp | Yelp Nowait | |
| Terms of Service | Yelp Blog | Business Success Stories | |
| Privacy Policy | Support | Business Support | |
| Ad Choices | Yelp Mobile | Yelp Blog for Business Owners | |
| | Developers | | |
| | RSS | | |

Case 5:18-cv-02578-GW-GJS Document 16-2 Filed 03/28/19 Page 7 of 13 Page ID #:208

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004–2018 Yelp Inc. Yelp, , and related marks are registered trademarks of Yelp.

# EXHIBIT B

Case 5:18-cv-02578-GW-GJS   Document 16-2   Filed 03/28/19   Page 9 of 13   Page ID #:210









