Jeffrey T. Bell (SBN 184876)
Rick Ma (SBN 306994)
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
Telephone: (626) 280-8787 | Fax: (626) 226-5699
Service@jtblawyer.com

Attorney for Plaintiff
Aliquantum International, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIQUANTUM INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br><br>VIVID ORANGE CORPORATION; DOES 1 – 100, INCLUSIVE;<br><br>Defendants. | Civil Action No.: 5:18-cv-02578-GW (GJSx)<br><br>**DECLARATION OF RICK MA FOR ATTORNEY FEES**<br>**Hearing:**<br>Date:   June 6, 2019<br>Time:   8:30am<br>Department: 9D<br><br>The Honorable George H. Wu<br>Courtroom 9D<br><br>Complaint Filed: December 12, 2018<br>Trial Date: |

I, Rick Ma, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an associate in the law firm of the Law Offices of Jeffrey T. Bell, attorneys of record for Plaintiff, Aliquantum International, Inc. ("Aliquantum"). I have personal knowledge of the facts stated herein, and if called as a witness, would competently testify thereto.

2. After Defendant Vivid Orange Corp. ("Vivid Orange") failed to respond to the summons and complaint, Aliquantum incurred attorneys' fees and recoverable costs in the amount of $8,078.41. A true and correct copy of the timesheet is attached as Exhibit "A".

3. In addition, I have also attempted to resolve this matter informally with Vivid Orange after the motion for default judgment heard before this Court on May 23, 2019. After the hearing on May 23,

-- 1 --
**DECLARATION OF RICK MA**

2019, I spoke to Mr. Shen, the owner of Vivid Orange about resolving the matter in exchange for a list of documentation.

4. I sent Mr. Shen an e-mail requesting the documents with a deadline to respond by May 29, 2019. to date he has yet to respond to my e-mail. A true and correct copy of the e-mail is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed on May 30, 2019 in El Monte, California.

By: _____
    Rick Ma

# EXHIBIT A

| Start Date | Task Title | Duration | Rate | Total |
|---|---|---|---|---|
| 01/08/19 | Prepare Letter to Chichen regarding Service of Process | 0.3 | $350 | $93.45 |
| 01/28/19 | Prepare Request to Enter Default | 0.4 | $350 | $127.00 |
| 01/28/19 | Prepare Request to Enter Default | 0.2 | $350 | $71.50 |
| 01/28/19 | Prepare Request to Enter Default | 0.3 | $350 | $103.43 |
| 02/04/19 | Prepare Followup E-mail to Chichen Shen | 0.7 | $350 | $258.90 |
| 02/17/19 | E-Filing Costs | | | $0.50 |
| 02/26/19 | E-Filing Costs | | | $1.10 |
| 02/26/19 | E-Filing Costs | | | $0.10 |
| 02/26/19 | Researched Procedure of Filing Default Judgment | 1.0 | $350 | $343.10 |
| 02/26/19 | Reviewed E-mails for Vivid Orange | 0.3 | $350 | $114.14 |
| 02/26/19 | Research for Default Judgment | 0.4 | $350 | $135.72 |
| 02/26/19 | Research for Default Judgment | 0.6 | $350 | $202.79 |
| 02/26/19 | Research for Default Judgment | 0.2 | $350 | $73.72 |
| 02/26/19 | Research for Default Judgment | 1.2 | $350 | $404.33 |
| 02/26/19 | Prepare Default Judgment | 0.9 | $350 | $303.62 |
| 02/27/19 | E-Filing Costs | | | $0.10 |
| 02/27/19 | Prepare Default Judgment | 0.2 | $350 | $56.34 |
| 02/27/19 | Research for Default Judgment | 0.2 | $350 | $73.02 |
| 02/27/19 | Prepare Default Judgment | 1.1 | $350 | $391.48 |
| 02/28/19 | Prepare Default Judgment | 0.3 | $350 | $89.46 |
| 02/28/19 | Prepared Declaration of Wayne for Default Judgment | 1.2 | $350 | $415.12 |
| 02/28/19 | Prepared Declaration of Wayne for Default Judgment | 0.6 | $350 | $195.49 |
| 03/01/19 | Prepared Declaration of Wayne for Default Judgment | 0.4 | $350 | $132.13 |
| 03/01/19 | Prepare Default Judgment | 0.4 | $350 | $128.71 |
| 03/04/19 | Prepare Default Judgment | 0.5 | $350 | $167.61 |
| 03/04/19 | Prepare Default Judgment | 0.1 | $350 | $45.67 |
| 03/05/19 | E-Filing Costs | | | $0.10 |
| 03/05/19 | E-Filing Costs | | | $1.00 |
| 03/05/19 | Prepare Default Judgment | 2.0 | $350 | $716.80 |
| 03/05/19 | Prepare Default Judgment | 0.5 | $350 | $165.09 |
| 03/05/19 | Prepare Default Judgment | 0.4 | $350 | $144.47 |
| 03/05/19 | Prepare Proposed Judgment for Default Judgment | 0.7 | $350 | $231.80 |
| 03/08/19 | Prepared and Reviewed Declaration of Julie Huang for Default Judgment | 0.6 | $350 | $208.10 |
| 03/08/19 | Prepared Personal Declaration for Default Judgment | 0.8 | $350 | $283.59 |
| 03/22/19 | E-Filing Costs | | | $0.20 |
| 03/22/19 | Research Issues for Default Judgment | 0.7 | $350 | $234.76 |
| 03/22/19 | Researched Procedure of Filing Default Judgment | 0.2 | $350 | $72.43 |
| 03/22/19 | Prepare Order to File under Seal | 0.3 | $350 | $112.36 |
| 03/22/19 | Prepare Order to File under Seal | 0.1 | $350 | $31.60 |
| 03/22/19 | Prepare Order to File under Seal | 0.3 | $350 | $88.86 |
| 03/22/19 | Prepare Order to File under Seal | 0.5 | $350 | $190.27 |
| 03/22/19 | Researched Procedure of Filing Default Judgment | 0.8 | $350 | $282.04 |
| 03/22/19 | Researched Procedure of Filing Default Judgment | 0.3 | $350 | $110.43 |
| 03/28/19 | Review Order to File under Seal | 0.2 | $350 | $60.47 |
| 03/28/19 | Review Order to File under Seal | 0.4 | $350 | $150.01 |
| 03/28/19 | Filing Motion for Default Judgment | 0.7 | $350 | $236.05 |
| 04/29/19 | E-Filing Costs | | | $0.60 |
| 04/30/19 | E-Filing Costs | | | $0.30 |
| 05/22/19 | E-Filing Costs | | | $0.30 |
| 05/22/19 | Reviewed Case Documents in Preparation for Default Hearing | 0.4 | $350 | $128.23 |
| 05/23/19 | Attended Default Hearing | 2.0 | $350 | $700.00 |
| | | | TOTAL | $8,078.41 |

# EXHIBIT B

**Subject:** Re: AQI v. Vivid Orange - Requested Documents
**Date:** Thursday, May 30, 2019 at 8:34:08 AM Pacific Daylight Time
**From:** Rick Ma <rick@jtblawyer.com>
**To:** hello2orange@gmail.com <hello2orange@gmail.com>
**Category:** ATTORNEY

Mr. Shen:

This e-mail is to confirm that we have given you the opportunity to set aside the default by providing the requested documents. Instead, you have chosen to ignore my e-mails much like you have in the past.

Best regards,


Rick Ma

--
**Rick Ma** | Attorney
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
T: 626.280.8787   | F: 626.226.5699

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

Any advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

---

**From:** Rick Ma <rick@jtblawyer.com>
**Date:** Thursday, May 23, 2019 at 6:15 PM
**To:** "hello2orange@gmail.com" <hello2orange@gmail.com>
**Subject:** AQI v. Vivid Orange - Requested Documents

Mr. Shen:

After today's hearing, we are requesting the following documents from you:

1. An onhand inventory report;
2. Your business bank statements from 2015-2019;
3. All purchase invoices from 2015 to present;
4. Vivid Orange's corporate tax returns from 2015 to present; and
5. Vivid Orange's profit and loss standard.

In addition, we will need the following information from you:

1. A list of all your distributors and suppliers, including contact information; and
2. The name and address of your CPA

Please have the documents and information sent to us by Wednesday, May 29, 2019. At this time, I would also ask you to refrain from discussing these matters with any third persons unless explicitly necessary.

Best regards,


Rick Ma

--
**Rick Ma** | Attorney
Law Offices of Jeffrey T. Bell
11001 Valley Mall, Suite 300
El Monte, California 91731
T: 626.280.8787   | F: 626.226.5699

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

Any advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, State of California. I am over the age of 18 years and I am not a party to the within action. My business address is 11001 Valley Mall, Suite 300, El Monte, California, 91731.

On May 30, 2019, I served the forgoing documents(s) entitled:
**DECLARATION OF RICK MA**
upon the following parties in this action by placing a true and correct copy of the document(s), enclosed in a sealed envelope or package, addressed as follows:
### SEE ATTACHED SERVICE LIST

[ X ]  BY MAIL: I placed the envelope with postage fully prepaid for collection and mailing, following our ordinary business practice. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at El Monte, California.

[  ]  BY OVERNIGHT DELIVERY: I enclosed the document(s) in an envelope or package provided by the overnight delivery carrier with postage fully prepaid and placed the envelope or package for collection and mailing following our ordinary business practice. I am readily familiar with this business's practice for collecting and processing of correspondence for overnight mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the overnight carrier at El Monte, California.

[  ]  BY FACSIMILE: On today's date, I caused such document(s) to be transmitted to the last known facsimile telephone number of the addressee(s) on the ATTACHED SERVICE LIST, by use of a facsimile telephone number (626) 226-5699. The transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine with a true and correct copy of said transmission report is attached hereto.

[  ]  ELECTRONIC SERVICE: On today's date, I caused such document(s) to be transmitted to the last known electronic address of the addressee(s) on the ATTACHED SERVICE LIST. The transmission was reported as complete and without error. An electronic confirmation was issued for this transmission. The electronic service was by expressed agreement and/or by Court Order.

[  ]  PERSONAL SERVICE: I personally delivered the document(s) or package to the addressee(s) on the ATTACHED SERVICE LIST.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2019 at El Monte, California.

By: 
Melody Lu

-- 3 --
**DECLARATION OF RICK MA**

## SERVICE LIST

**Case Name:** Aliquantum International v. Vivid Orange

**Case Number:** 5:18-cv-02578-GW (GJSx)

Vivid Orange Corporation

18186 Colima Road

Rowland Heights, CA 91748

**Defendant Vivid Orange Corporation**

-- 4 --
**DECLARATION OF RICK MA**